LISA M. OAKES, Individually and as Executrix of DANIEL C. OAKES, Deceased, Respondent, v RAJNIKANT PATEL, M.D., et al., Appellants.

Submitted September 10, 2012; decided December 11, 2012

Motion to strike denied.

JAMES PAROLISI, Appellant, et al., Plaintiffs, v JANET SLAVIN, Respondent.

Submitted September 10, 2012; decided December 11, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TREVIS D. BAKER, Appellant.

Submitted December 3, 2012; decided December 11, 2012

Motion by New York Civil Liberties Union for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.